UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DEANNA SMITH,

        Plaintiff,

v.                                              Case No: 6:12-cv-1369-Orl-18DAB

SOHANN DEVELOPMENT, INC,, DEEPIKA
SINGH, AMANPREET SINGH,

        Defendants.

_____

## ORDER

The case was referred to the United States Magistrate Judge for report and recommendation on Plaintiff's Motion for Preliminary Injunction (Doc. No. 31). The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections to the report filed by the defendants, it is hereby

**ORDERED** that the report and recommendation of the magistrate judge is hereby **APPROVED**. The Motion for Preliminary Injunction (Doc. No. 31) is **DENIED**.

**DONE AND ORDERED** at Orlando, Florida, this ___6___ day of June, 2013.

                                                    G. KENDALL SHARP
                                        SENIOR UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record
Unrepresented Parties