UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DEANNA SMITH,

    Plaintiff,

-vs-                                      Case No. 6:12-cv-1369-Orl-18DAB

SOHAAN DEVELOPMENT, INC., a
Florida Corporation, DEEPIKA SINGH, an
individual, AMANPREET SINGH, an
individual,

    Defendants.

---

ORDER AND REPORT AND RECOMMENDATION

TO THE UNITED STATES DISTRICT COURT

This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **MOTION FOR CONTEMPT, TO STRIKE DEFENDANTS' ANSWER, DISMISS DEFENDANT'S COUNTERCLAIMS, AND ENTER DEFAULT JUDGMENT AGAINST DEFENDANTS IN FAVOR OF PLAINTIFF AND SANCTIONS (Doc. 42)** |
| **FILED:** | September 11, 2013 |

**THEREON** it is **ORDERED** that the motion is **GRANTED** in part; no opposition to the Motion was filed. It is respectfully **RECOMMENDED** that Defendants' counterclaims be dismissed as a sanction for not obeying the Court's discovery orders.

Plaintiff Deanna Smith sued Defendant Sohaan Development, Inc. ("Sohaan"), Deepika Singh, and Amanpreet Singh, for overtime and retaliation claims arising under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. 201 *et seq.*, arising out of her employment at their 7-11 Store. Doc. 1. Plaintiff now moves the Court pursuant to Federal Rules of Civil Procedure 37 for the entry of an Order